UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN KESTON BARTHOLOMEW,<br><br>                    Petitioner,<br><br>          v.<br><br>ERNESTO SANTA CRUZ, et al.,<br><br>                    Respondents<br>_____ | ) Case No. 5:25-cv-02053-JGB-AYP<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Petition") and exhibits, Respondents' Return to the Petition and supporting documents, and Petitioner's Addendum to the Petition (which has been construed to be a Reply) and exhibits, and all of the records herein, including the November 25, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  No objections to the

Report and Recommendation have been filed. The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Petition is denied and the Petition and this action are dismissed without prejudice; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ORDERED.

DATED:  March 18, 2026

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2.