JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KELVIN KESTON BARTHOLOMEW, | ) Case No. 5:25-cv-02053-JGB-AYP ) ) |
| Petitioner, | ) JUDGMENT ) ) |
| v. | ) ) |
| ERNESTO SANTA CRUZ, et al., | ) ) |
| Respondents. | ) ) ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is denied and the Petition and this action are dismissed without prejudice; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: March 18, 2026

HONORABLE JESUS C. BERNAL
UNITED STATES DISTRICT JUDGE